IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

v.

CRAIG V. WATTS
                    Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 7:24-CR- 348 (ATB)
Vio:   18 USC §§ 7, 13
NYVTL §§ 1192.2, 1192.3

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT I

On or about July 13, 2024, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

### CRAIG V. WATTS

did operate a motor vehicle while having .17 of one per centum or more by weight of alcohol in his blood as shown by chemical analysis of his breath.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Vehicle and Traffic Law § 1192.2, Driving While Intoxicated.

### COUNT II

On or about July 13, 2024, in the Northern District of New York, within the special maritime and territorial jurisdiction of the United States, that is, Fort Drum, New York, the Defendant

**CRAIG V. WATTS**

did operate a motor vehicle while in an intoxicated condition.

All in violation of Title 18, United States Code, Sections 7 and 13 and New York State Vehicle and Traffic Law § 1192.3, Driving While Intoxicated.

CARLA FREEDMAN
United States Attorney

By: *[signature]*
BRADLY D. JOHNSON
Special Assistant U.S. Attorney